## BROAD STREET NATIONAL BANK OF TRENTON, RESPONDENT, v. FREDERIC COLLIER, APPELLANT.

Submitted May 25, 1934—Decided September 27, 1934.

For the respondent, *Wicoff & Lanning.*

For the appellant, *James J. McGoogan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.